■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL HALL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Grajales, J.), rendered January 8, 1986, convicting him of grand larceny in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a

reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (CPL 470.15 [5]).

We find that the court's charge as to evidence of good character was proper *(see, People v Aharonowicz,* 133 AD2d 117, *lv granted* 70 NY2d 748). Brown, J. P., Kunzeman, Kooper and Balletta, JJ., concur.